United States District Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § § § | CRIMINAL NO.<br>4:25–cr–00010 |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| Jkorean Hadnott | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The Defendant has appeared with counsel for arraignment and entered a plea of *not guilty*. The Court ORDERS the following deadlines for further proceedings as follows:

1. April 10, 2025 — **MOTIONS DEADLINE**
   Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

2. June 9, 2025 — **PRETRIAL MATERIALS**

3. June 13, 2025 at 09:30 AM — **PRETRIAL CONFERENCE**
   The parties must appear before Judge Charles Eskridge, Courtroom 9F. *Defendant must be present in person. Parties are required to disclose expert witness information 45-days prior to pretrial conference.*

4. June 17, 2025 at 09:30 AM — **JURY SELECTION AND TRIAL**
   Not later than five business days before this date each party must file and deliver pretrial materials to the Court as directed in the Court's procedures.

5. Yes — **CONSENT TO EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT?**
   Indicate *Yes* or *No*.

6. 5 DAYS — **ESTIMATED TIME FOR TRIAL?**
   Indicate the anticipated number of days.

Direct questions about this schedule to:

> Jennelle Gonzalez
> Case Manager to Hon. Charles Eskridge
> Jennelle_Gonzalez@txs.uscourts.gov
> (713) 250-5257

Signed on April 8, 2025, at Houston, Texas.

*/s/ Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge